B 1 (Official Form 1) (1/08)

| **United States Bankruptcy Court** <br> Southern District of New York | **Voluntary Petition** |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all): | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): <br><br> ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State): <br><br> ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br><br> ZIP CODE | Mailing Address of Joint Debtor (if different from street address): <br><br> ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): <br> ZIP CODE | |

| **Type of Debtor** <br> (Form of Organization) <br> (Check **one** box.) | **Nature of Business** <br> (Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) <br> *See Exhibit D on page 2 of this form.* <br> ☐ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) <br><br> _____ | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☐ Other <br> _____ <br> **Tax-Exempt Entity** <br> (Check box, if applicable.) <br><br> ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 <br><br> ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding <br><br> **Nature of Debts** <br> (Check one box.) <br><br> ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." <br><br> ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☐ Full Filing Fee attached. <br><br> ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:** <br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br><br> **Check if:** <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000. <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br> **Check all applicable boxes:** <br> ☐ A plan is being filed with this petition. <br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors. <br> ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | **Page 3** |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>    Telephone Number (if not represented by attorney)<br><br>    Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>    (Signature of Foreign Representative)<br><br>    (Printed Name of Foreign Representative)<br><br>    Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____<br>    Signature of Attorney for Debtor(s)<br><br>    Printed Name of Attorney for Debtor(s)<br><br>    Firm Name<br><br>    Address<br><br><br>    Telephone Number<br><br>    Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>    Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>    Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>    Address<br><br>X _____<br><br>    Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Authorized Individual<br><br>    Printed Name of Authorized Individual<br><br>    Title of Authorized Individual<br><br>    Date | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

Empire One Telecommunications Inc.

Debtor

Chapter 11

Case No. _____

AFFIDAVIT OF DEBTOR'S CHIEF OPERATING OFFICER
PURSUANT TO RULE 1007-2 OF THE LOCAL BANKRUPTCY RULES

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF KINGS     )

PAUL BUTLER, being duly sworn, deposes and says,

1. I am Chief Operating Officer of Empire One Telecommunications, Inc. ("EOT" or "Debtor"), the debtor and debtor in possession herein, and I have personal knowledge of, and am familiar with, the business affairs of EOT. With respect to financial information set forth herein I have relied on information provided by various officers of EOT, and with respect to pending legal matters I have relied on EOT's attorneys.

2. I submit this affidavit pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York.

3. Unless otherwise indicated, the financial information set forth in this affidavit is unaudited, but assisted by the Debtor's outside accountant.

4. Empire One Telecommunications Inc., a Delaware corporation doing business in New York, has filed a voluntary petition for reorganization under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq*. (the "Bankruptcy Code"), with this Court, and has continued in the management and operation of its businesses and properties as debtor in

possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed herein. Moreover, no official creditors' committee(s) has been appointed herein pursuant to section 1102 of the Bankruptcy Code.

5.  In a <u>previous</u> group of cases[1], this Debtor, and certain affiliated corporations, filed voluntary Chapter 11 petitions with this Court, on 04/02/20<u>01</u>. The cases were ordered jointly administered, under the lead case <u>In re Empire One Telecommunications, Inc., et al.</u>, Case No. <u>01-11894</u> (AJG) ("Prior Reorganization"). Therein, the Debtors had been represented by law firm DLA Piper US LLP's attorneys Timothy Walsh et al. Under the Prior Reorganization, a reorganization plan for EOT, as reorganized debtor, was confirmed 12/05/20<u>02</u>. The prior case was closed on 07/11/20<u>05</u>. Therein, an Official Committee of Unsecured Creditors had been organized, in the course of the case, about 04/24/2001. That Committee had been represented by Olshan Grundman Frome Rosenzweig & Wolosky LLP, 505 Park Avenue, New York, NY 10022, and law firm Arent Fox LLP, 1675 Broadway, New York, NY 10019, by attorneys Andrew Silfen and Schuyler Carroll et al. The members' names and addresses were as follows:

Swisscom North America
2001 L Street NW, Suite 750
Washington, DC 20036
Attn: Eileen Jordan
(202) 457-8922

Delta Three, Inc.
75 Broad Street, 31" Floor
New York, New York 10004
Attn: Paul White
(212) 500-4850

---

[1] The debtors prior to reorganization were Empire One Telecommunications, Inc., EOT Telecommunications of Canada, Inc.; Empire One Power, Inc.; and Sonus Communications, Inc. After reorganization, only the current (reorganized) Debtor, Empire One Telecommunications Inc., continued its corporate existence; the other affiliated debtors were dissolved.

Pangaea II Communication, Inc.
208 Fen Way
Syosset, New York 11791
Attn: David Horowitz
(516) 697-8984

6.      There are no publicly held shares of stock, debentures, or other securities of Empire One Telecommunications Inc., nor are there any such securities held by Debtor's officers or directors.

7.      Since then, the reorganized (present) Debtor moved its corporate office to New York's <u>Eastern</u> District, about 2002, where it maintains its principal place of business, and approximately half its assets (i.e., furniture, office equipment, computers, software, etc.), at 55 Washington Street, Suite 901, Brooklyn NY 11201.

8.      It maintains the other (approximately) one-half of its assets (i.e., telecommunications equipment, computer servers, etc.) in New York's <u>Southern</u> District, at Switch & Data, 60 Hudson Street COLLO, Suite 1901, New York, NY 10013. It was present there since 1999.

9.      Debtor's counsel believes, based on the information above, that venue is proper in New York's <u>Southern</u> District, and preferable over New York's Eastern District, for efficient administration of this case, based on this District Court's prior experience with the previous reorganization.

10.     The reorganized Debtor continues to provide a diverse range of wholesale and retail integrated communications services, including standard voice telecommunications (local and long distance) and dedicated Internet access and specialized data services for commercial subscribers. The Debtor maintains Web portals in Chinese and English, and its marketing, sales, and customer services are provided in the languages of the target markets.

11.     The present filing of Debtor's chapter 11 petition was precipitated by several factors, primarily multiple contractual counterparties' unwillingness to pay receivables, and account for

revenues properly. EOT is a competitive Local Exchange Carrier as defined by the Communications Act of 1996. It provides local, long distance, and wireless access to customers, but is linked to other companies' networks. In sum, Debtor derives revenues from, *inter alia*, access billing, whereby EOT should receive a pre-minute fee for each call routed through EOT's network. However, to collect these revenues, EOT must invoice other telecommunications providers (a/k/a "carriers"), and obtain carriers' data on calls routed through EOT.

12. EOT has multiple, ongoing billing disputes, pending/threatened litigation, and/or impending seizure, with multiple other carriers, including the following.

13. EOT has a claim against T-Mobile USA, which refused to pay for calls T-Mobile it routed through EOT's networks. The current balance exceeds one million dollars. EOT filed an informal FCC complaint, which was rejected. EOT is negotiating to retain local counsel to file a formal FCC complaint.

14. To bill fully, EOT requires complete data about calls routed to EOT over networks, especially whether calls are inter-state, intra-state, or local. This data should be obtained from local carrier Verizon. Verizon refused, stating its "industry standard" records need not include such data. Without the data, EOT is forced to invoice certain carriers at the lowest possible rates. EOT filed an action in New York State Supreme Court in Kings County to stop Verizon from continuing this practice, and to recover over $1,300,000 in lost revenues. Per stipulation, EOT is escrowing all amounts invoiced by Verizon, currently over $915,917. EOT believes Verizon similarly escrowed the amounts EOT invoiced Verizon. EOT believes, based on prior credits and governmental regulatory agency precedents, it may be entitled to approximately another $250,000.

15. EOT believes it under-billed multiple carriers for calls made, and is owed more.

16. Certain carriers refused to pay EOT's invoices, claiming the calls are not billable, being Internet-based VoIP, rather than telephone-based. EOT researched these carriers' claims and found them false. Other carriers are disputing EOT's invoices' accuracy, and holding back partial payment from EOT. EOT is currently negotiating payments with some.

17. Other carriers mis-routed EOT's calls, creating claims for damages. E.g., on Chinese New Year 2009, China Telecom mistakenly mis-routed all China/Asia calls from EOT, causing EOT to lose thousands of customers.

18. Multiple carriers, including Global Crossing, Telecom Italia, and RCN are threatening to suspend EOT telecommunications services unless they receive immediate payment. EOT believes it is not liable for such payments, wholly or party, and/or payments are not due immediately. Such service suspension would reduce EOT's revenues substantially and possibly irreparably.

19. Additionally, the Debtor remains under some executory contracts with service providers at uneconomic terms, causing operating losses. The Debtor remains burdened by existing debt.

20. Since the global economic recession started around 2007, general phone demand has fallen dramatically, and telecommunications providers including EOT were forced to cut prices and profit margins to remain competitive. Demand is just beginning to increase again.

21. To the best of my knowledge, no unofficial creditors' or other committees were formed prior to the filing of <u>this</u> Chapter 11 case. (They were formed in the <u>prior</u> reorganization.)

22. A list containing the names, addresses, telephone numbers (where known) and the amounts of the claims of Debtor's 20 largest known unsecured creditors (excluding insiders), and whether such claims are contingent, unliquidated, disputed, or partially secured, is attached as an Exhibit.

23. A list containing the names, addresses, telephone numbers (where known) and the amounts of the claims of EOT's 5 largest known secured creditors, including a brief description and an estimate of the value of the collateral securing the claims, and whether such claims are disputed, is attached.

24. A summary of EOT's assets and liabilities on an unaudited basis is attached as Exhibit "A" to the chapter 11 petition.

25. A list containing the property of EOT in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity, together with the name, address and telephone number (where available) of each such entity and the court in which any proceeding relating thereto is pending is attached.

26. A schedule setting forth the premises which EOT currently owns, leases, or otherwise holds, or from which it operates its businesses, is attached and/or as follows:

   (i) Principal place of business: Empire One Telecommunications, Corporate Office, 55 Washington Street, Suite 901, Brooklyn, NY 11201.

   (ii) EOT c/o Switch & Data, 60 Hudson Street COLLO, Suite 1901, New York, NY 10013.

27. EOT's books and records are located at its offices in Brooklyn, New York. The location of EOT's assets is attached, and/or as follows:

   (i) Books and records; office equipment, computers, etc.: 55 Washington Street, Suite 901, Brooklyn, NY 11201.

   (ii) Telecommunications equipment: 60 Hudson Street COLLO, Suite 1901, New York, NY 10013.

28. A list describing the nature and present status of each action pending or threatened against EOT or its respective properties where a judgment or a seizure of Debtor's property may be imminent is attached and/or described herein.

| Verizon<br>185 Franklin Street, Room 900<br>Boston MA 02110<br>(617) 743-3240 | Collateral: Escrow account in the amount of $915,917.82.<br>Held by/located at: Goldberg & Rimberg Escrow for EOT<br>115 Broadway 3rd Floor<br>New York NY 10006<br>212-697-3250 | **Action pending in the following court: NY State Supreme Court, Kings County (Brooklyn)**<br><br>Empire One Telecommunications Inc. v. Verizon New York Inc. (Index No.: 1074/09). |
|---|---|---|
| Global Crossing | | Threatening to suspend EOT telecommunications services. |
| Telecom Italia | | Threatening to suspend EOT telecommunications services. |
| RCN | | Threatening to suspend EOT telecommunications services. |

29. EOT intends to continue business operations for the purpose of reorganizing, and accordingly sets forth the following information required by Southern District Local Bankruptcy Rule 1007-2(b):

   a. The estimated payroll of EOT for its employees (exclusive of executive officers, stockholders and directors), inclusive of federal, state, and local withholding taxes, for the thirty (30) day period following the filing of its chapter 11 petition is approximately $70,000.

   b. The estimated payroll, including salaries, fees, and other compensation of EOT's executive officers, stockholders, and directors for the thirty (30) day period following the filing of its chapter 11 petition is approximately $42,000.

   c. No financial or business consultant has been retained by the Debtor; no such compensation will be paid.

    d. EOT estimates that for the thirty (30) day period following the commencement of its chapter 11 case, it will have cash receipts, exclusive of sales tax, of approximately $775,000, and cash disbursements/operating costs, exclusive of sales tax, of approximately $375,000, for a net cash generation of approximately $400,000.

    e. EOT estimates that for the thirty (30) day period following the filing of its chapter 11 petition it will have $350,000 in accrued but uncollected receivables, net of reserves and offsets. EOT's total accrued but unpaid prepetition obligations as of the filing of its chapter 11 petition are $2,045,165.44.

30.    A copy of the resolution of the EOT Board of Directors authorizing the filing of its Chapter 11 petition is attached.

I certify that this Affidavit's contents are true and accurate, to the best of my knowledge.

Paul Butler
Chief Operating Officer
on behalf of Empire One Telecommunications Inc.

Sworn to before me this
February 25, 2010

[Notary Public]

LOUIS J. MARTINE
Notary Public, State of New York
No. 02MA2561551
Qualified in New York County
Commission Expires Dec. 31, 2009

13

Empire One Telecommunications Inc.

Exhibit

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) and Local Rules for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Per S.D.N.Y. LBR 1007-2(4), it sets forth the following information with respect to each of the holders of the 20 largest unsecured claims, excluding insiders: the name, the address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), the telephone number, the name(s) of person(s) familiar with the debtor's account, the amount of the claim, and an indication of whether the claim is contingent, unliquidated, disputed, or partially secured.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indication of whether the claim is contingent, unliquidated, disputed, or partially secured. | Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| Please see the attached schedule/list. | | | | |

# Empire One Telecoms 20 Largest UnSecured Claims

| Vendor | Account No. | Address | City | State | ZIP | Contact | Phone | Fax | Email | TYPE | Amount | Disputed | Disputed Amount | Deposit / Security |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Universal Service Admin. Co. | 811824 | 135 S. La Salle, Dept. 1259 | Chicago | IL | 60674-1259 | Elica Colon | 703-322-5100 | | | Government | 397057.39 | Unliquadated | | |
| T Systems | 12000254 | 280 State Highway 35 | Red Bank | NJ | 07701 | Elica Colon | 732-936-4400 | 732-936-4490 | elica.colon@t-systems.com | Trade | 298345.25 | Unliquadated | | |
| Verizon | | 185 Franklin Street, Room 900 | Boston | MA | 02110 | michael Mcguire | (617) 743-3240 | (617) 743-8990 | michael.j1.mcguire@verizon.com | Trade | 214882.25 | | | 97000 |
| Global Crossing | 0203354296 EOT2 | 20 Oak Hollow, Ste 300 | Southfield | MI | 48034 | ERIC KINNSLOW | 1-800-520-1730-EX4265 | | | Trade | 198168.67 | Unliquadated | | 100000 |
| RELATIONAL TECHNOLOGY SOLUTIONS | EOTC | 3701 Algonquin Rd., Ste. 600 | Rolling Meadows | IL | 60008 | Nancy Thorson | 847-637-2639 | 847-385-6560 | billing@RTS.com | Bank Loan (lease) | 142995 | | | UCC1 Equipment |
| CHINA MOBILE NETWORK CO, LTD. | CMN_EOT | ZHAO FEI YU | 704 Zhong Hua Dasha | Fuzhou | China | | | | | Trade | 136367.92 | | | 5000 |
| RCN | 6601-0248904-01, 6601-0257406-01 | 2200 West Park Drive | Westborough | MA | 01581 | | | | | Trade | 116866 | | | |
| China Telecom Americas | | 607 Herndon Parkway Corporate Oaks | Herndon | VA | 20170 | | | | | Trade | 83663.22 | | | 15000 |
| Telecom Italia | CEMPIRE | 745 Fifth Avenue, 27th Floor | New York | NY | 10151 | Pui Man Kong | 212.310.9021 | 212-310-9061 | pm.kong@teleocmitaliausa.com | Trade | 45466.67 | Disputed | 14401.78 | |
| LUCENT TECHNOLOGIES | | 240 Emery Street | Bethlehem | PA | 18015 | Denise Rivera | 877-571-6973 Ext *7286* | | Denise.Rivera@rmsna.com | Trade | 31911.13 | | | |
| NENA | | 4350 N. Fairfax Drive, Ste. 750 | Arlington | VA | 22203 | Emily Keegan | 703-812-4600 | 703-812-4675 | | Trade | 31415.59 | | | |
| Switch and Data | Empire One Telecom | 1715 North End Westshore | Tampa | FL | 33607 | | 800-455-9922 | | billing@switchanddata.com | Trade | 25638.5 | | | |
| LEVEL (3) COMMUNICATIONS | | 1025 Eldorado Blvd. | Broomfield | CO | 80021 | | 212-551-7868 | 212-551-7899 | | Trade | 24296.83 | Disputed | 24296.83 | |
| WASHINGTON GROUP, LLC | | 39 Washington Street | Brooklyn | NY | 11201 | Gloria Ramirez | 718-625-5505 | | | Trade | 24119.52 | | | $100,000 CD |
| PIPER RUDNICK, LLC | | 1251 Avenue of the Americas | New York | NY | 10020 | TIM WALSH | 212-835-6261 | 212-835-6001 | timothy.walsl@dlapiper.com | Trade | 21785.8 | Unliquadated | | |
| AT&T DG | INGS0544 | 4513 Western Ave. | Lisle | IL | 60532 | | 203-694-7174 | | | Trade | 18465.72 | | | |
| AT&T | | Specail Markets 722 N Broadway Flr 11 | Milwaukee | WI | 53202 | Dan Faustman | 414-223-8239 | | | Trade | 17489.05 | | | |
| CNA INSURANCE | | 333 South Wabash Ave. | Chicago | IL | 60604 | | | | | Trade | 14656.72 | | | |
| Neutral Tandem | EMP1 132 3600 | 9081 Paysphere Circle | Chicago | IL | 60674 | | 877-245-5277 | | | Trade | 14341.85 | | | |
| Broadview Networks | 000-EMP-0000 | 800 Westchester Ave. | Rye Brook | NY | 10573 | | 800-571-0444 | | | Trade | 13420.45 | | | 20000 |
| | | | | | | | | | | | $ 1,871,353.53 | | | |

Empire One Telecommunications Inc.

Exhibit

## CREDITORS HOLDING FIVE LARGEST SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Attn: Alan Quasha, Pres.<br>EOT Lending Corp.<br>720 Fifth Avenue<br>New York, NY 10019 | | | 1/31/03. **ONE MILLION SEVEN HUNDRED THOUSAND DOLLARS**. Debenture, secured by all property & assets. Property value approx.: two million one hundred thousand dollars.<br>VALUE OF DEBENTURE: **ONE MILLION SEVEN HUNDRED THOUSAND DOLLARS.**<br>VALUE: $1,700,000.00 | | | | **ONE MILLION SEVEN HUNDRED THOUSAND DOLLARS**. | |
| **ACCOUNT NO. 00003586**<br><br>Attn.: 55 Washington Street LLC<br>c/o Two Trees Management<br>45 Main Street Suite 601<br>Brooklyn NY 11201 | | | Landlord's deposit, secured by bank certificate of deposit, worth approx. $100,000 (one hundred thousand) dollars.<br>VALUE: $100,000.00 | | x | | $24,119.52 | $0.00 |

Empire One Telecommunications Inc.

Exhibit

**DEBTOR'S PROPERTY IN THE POSSESSION OR CUSTODY OF ANY CUSTODIAN, PUBLIC OFFICER, MORTGAGEE, PLEDGEE, ASSIGNEE OF RENTS, OR SECURED CREDITOR, OR AGENT FOR ANY SUCH ENTITY**.

A list of all of the debtor's property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity, giving the name, address, and telephone number of each such entity and the court in which any proceeding relating thereto is pending.

| Mortgagee/Pledgee/Secured Creditor | Collateral Description | Location of Collateral | Court In Which Any Proceeding Relating Thereto Is Pending |
|---|---|---|---|
| Verizon<br>185 Franklin Street, Room 900 Boston MA 02110<br>(617) 743-3240 | Escrow account in the amount of $915,917.82 | Goldberg & Rimberg Escrow for EOT<br>115 Broadway 3rd Floor<br>New York NY 10006<br>212-697-3250 | Action pending in the following court: NY State Supreme Court, Kings County (Brooklyn) |
| 55 Washington Street LLC<br>45 Main Street, Suite 601<br>Brooklyn NY 11201<br>(718) 625-5505 | Bank certificate of deposit. $100,000 | Capital One Bank<br>90 WEST BROADWAY<br>NEW YORK , NY 10007 | |
| Attn: Alan Quasha, Pres. or Kerrat<br>EOT Lending Corp.<br>720 Fifth Avenue<br>New York, NY 10019<br>(212-231-3907- | Debenture in the amount of one million seven hundred thousand dollars, securing all Debtor's property and assets | | |

Utility Deposits

| |
|---|
| Global Crossing $100,000  20 Oak Hollow, Ste 300 Southfield MI 48034 |
| China Telecom $15,000  607 Herndon Parkway Corporate Oaks 2 Herndon VA 20170 |
| Verizon $97,000 185 Franklin Street, Room 900 Boston MA 02110 |
| Broadview $20,000  800 Westchester Ave. Rye Brook, NY 10573 |
| Global IT sources $10,000  3F, Seokunga, 891-41, Daechi-dong Seoul Korea 135-840 |
| China Mobile $5,000 ZHAO FEI YU704 Zhong Hua Dasha Fuzhou China |
| BBCom $5,000 550 S. Hope Street, Ste. 1050, Los Angeles, CA 90071 |

Empire One Telecommunications Inc.

Exhibit

**PREMISES**

A list of the premises owned, leased, or held under other arrangement from which the debtor operates its business.

The Debtor operates its business from the following:

| |
|---|
| 60 Hudson Street COLLO<br>19th floor<br>New York, NY 10013<br><br>This premise is leased <u>from</u>: Switch and Data.<br><br>The lease is held by: Empire One Telecommunications, Inc. |
| 55 Washington Street<br>Suite 901<br>Brooklyn NY 11201<br><br>This premise is leased <u>from</u>:<br>55 Washington Street LLC<br>c/o Two Trees Management<br>45 Main Street Suite 601<br>Brooklyn NY 11201<br><br>The lease is held by: Empire One Telecommunications, Inc. |

# Resolution

The Board has voted in favor of bankruptcy and hereto authorizes Paul Butler to file Cahpeter 11 for the company.

Signed: _____

Sherry Shen

Date: Jan 22, 2010