**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                       :     Chapter 11
                                            :
Empire One Telecommunications, Inc.         :     10-10987 (ALG)
aka EOT,                                    :
                                            :
                  Debtor.                   :     EIN:  54-1963388
------------------------------------------------------------x

AND NOW, this 27th day of October, upon consideration of the Motion of the Debtor and Debtor-In-Possession for Entry of an Order pursuant to Section 1121(e)(3) of title 11 of the United States Code, § § 101-1532 (the "Bankruptcy Code"), and Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order extending the time period for confirmation of a small business case as set forth in section 1129(e) of the Bankruptcy Code; and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (iii) notice of the Motion was sufficient under the circumstances and that no other or further notice need be provided, (iv) it is more likely than not to confirm a Chapter 11 plan in this bankruptcy case within a reasonable time; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor and its estate; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that the Debtor's time to confirm its plan pursuant to section 1121(e) is hereby **EXTENDED**, pursuant to sections 1129(e) and 1121(e)(3) of the Bankruptcy

Code, through and including **December 31, 2010**, without prejudice to the Debtor's right to seek further extensions; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: October 27, 2010
      New York, New York

                                     */s/ Allan L. Gropper*
                                     Allan L. Gropper
                                     United States Bankruptcy Judge