BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP
Raymond H. Lemisch (RL5345)
Michael J. Barrie (admitted *pro hac vice*)
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
(302) 442-7010  telephone
(302) 442-7012  facsimile

White Plains Center
50 Main Street, Suite 1000
White Plains, NY 10606

*Counsel for Debtor and Debtor in
Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Empire One Telecommunications, Inc. | : | 10-10987 (ALG) |
| aka EOT, | : | |
| | : | |
| Debtor. | : | EIN:  54-1963388 |

-------------------------------------------------------------x

**PLAN SUPPLEMENT OF THE DEBTOR, EMPIRE ONE
TELECOMMUNICATIONS, INC. IN CONNECTION WITH ITS
<u>SECOND AMENDED PLAN OF LIQUIDATION [D.I. 132]</u>**

**IDENTIFICATION OF CHIEF LIQUIDATION OFFICER**

Susan King, CPA
Susan King & Company
78 Main Street
Madison, NJ 07940

Ms. King currently serves as the Debtor's accountant. As Chief Liquidation Officer, Ms. King will receive compensation in the amount of $5,000 per month to provide all services as Chief Liquidation Officer, including accounting services, under the Second Amended Plan of Liquidation.

**CAUSES OF ACTION**

| Company Name | Claim |
|---|---|
| Alsophila International HK Limited | $71,000.00 |
| AMEX | $39,460.69 |
| CNA Insurance | $7,238.99 |
| Cogent Communications | $16,441.12 |
| IBASIS Inc. | $17,000.00 |
| Massive Telecom | $30,000.00 |
| Montauk Credit Union | $10,000.00 |
| Oxford Health | $56,073.55 |
| Pannaway Technologies Inc. | $18,640.71 |
| RCN | $60,562.00 |
| Tata Communications | $179,000.00 |
| Telecom Italia | $75,664.05 |
| Waymoble S.L. | $8,500.00 |
| T-Mobile USA, Inc.[1] | $1,495,820.80 |
| All other transferees of preferential payments, as described in detail in the Debtor's Statement of Financial Affairs, which is incorporated herein by reference in its entirety. | See D.I. 15 |

---

[1] The adversary proceeding styled *Empire One Telecommunications, Inc. v. T-Mobile USA*, is pending at Adversary No. 10-04234, and seeks to recover for the benefit of the Debtor's estate approximately $1,495,820.80 for the Defendant's failure to pay for services provided by the Debtor. The remaining causes of action listed above are avoidance actions under the Bankruptcy Code that have not yet been commenced.

# POST CONFIRMATION RESERVE

| Expense | Post-Confirmation Month 1 | Post-confirmation Month 2 | Post-Confirmation Month 3 | Post-Confirmation Month 4 | |
|---|---|---|---|---|---|
| **Professional Fees** | | | | | |
| BFCA | $15,000 | $15,000 | $10,000 | $10,000 | |
| Goldberg Rimberg | $30,000 | $15,000 | $10,000 | $10,000 | |
| King | $5,000 | $5,000 | $5,000 | $5,000 | |
| **Escrow for Estimated Administrative Claim of Universal Service Administrative Company**[2] | $50,000 | | | | |
| | | | | | |
| **TOTAL** | $100,000 | $35,000 | $25,000 | $25,000 | $185,000 |

---

[2] The Debtor believes that after an annual reconciliation, no monies will be owed to U.S.A.C. for an administrative claim and the fund reserved will be made for available for Post-Confirmation Expenses or distribution to the Debtor's other creditors in accordance with the terms of the Plan.

Doc 6515805   Ver 1